UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAINE,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>RECEIVABLES PERFORMANCE<br>MANAGEMENT, LLC,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-0491 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 10.) |

　　　Plaintiff's counsel has filed a notice of settlement and request to vacate dates. Pursuant to this Court's Local Rule 16-160, this Court ORDERS plaintiff, **no later than August 31, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why this action should not be closed.

　　　This Court VACATES all pending dates and matters, including the August 11, 2011 scheduling conference.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and 272.

　　　IT IS SO ORDERED.

**Dated:　　July 15, 2011**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE