IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAINE, | CASE NO. CV F 11-0491 LJO GSA |
| Plaintiff, | **ORDER TO ADDRESS FAILURE TO DISMISS ACTION** |
| vs. | |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | |
| Defendant. / | |

    Plaintiff's counsel filed July 14, 2011 papers to indicate that settlement had been reached and to request 40 days to file papers to dismiss this action. This Court issued its July 15, 2011 order ("July 15 order") to require plaintiff, no later than August 31, 2011, to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why the action has not been dismissed. Plaintiff has disobeyed the July 15 order and failed to dismiss this action or to show cause why this action has not been dismissed.

    On the basis of good cause, this Court ORDERS the plaintiff, no later than September 12, 2011, to file papers to either: (1) show good cause why this Court should not impose sanctions against the plaintiff and/or his counsel for failure to dismiss this action diligently; or (2) to dismiss this action in its entirety and to comply with F.R.Civ.P. 41(a)(1)(A). This Court ADMONISHES plaintiff and his counsel that they are required to obey and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders.

    IT IS SO ORDERED.

**Dated:    September 7, 2011**              /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE