IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAINE,<br><br>               Plaintiff,<br><br>   vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC.,<br><br>               Defendant. | CASE NO. CV F 11-0491 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 13.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:**   **September 12, 2011**               /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE